IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry L. McGlone, II,                          :
                                               :
                Plaintiff(s),                  :
                                               :      Case Number: 1:13cv126
        vs.                                    :
                                               :      Chief Judge Susan J. Dlott
Warren Correctional Institution, et al.,       :
                                               :
                Defendant(s),                  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge

Stephanie K. Bowman filed on April 12, 2013 (Doc. 10), to whom this case was referred pursuant to

28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing

such objections under Fed. R. Civ. P. 72(b) expired April 29, 2013, hereby ADOPTS said Report and

Recommendation.

Accordingly, the claims that were not transferred to the Eastern Division of the Southern

District of Ohio in Columbus against defendants WCI and ODRC are **DISMISSED** with prejudice

pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting

the Report and Recommendation will not be taken in good faith, therefore, **DENYING** plaintiff leave

to appeal *in forma pauperis. See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court